

EXHIBIT A3

| | | |
|---|---|---|
| TENEA SMITH, *et al* | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| WESTMINSTER MANAGEMENT, LLC, *et al* | * | BALTIMORE CITY |
| Defendants | * | Case No. 24-C-17-004797 OT |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that on this date, Defendant Dutch Village, LLC timely filed, in the United States District Court for the District of Maryland, a Notice of Removal of the above-entitled action pursuant to 28 U.S.C. §§ 1332 and 1441 and Local Rule 103.5(a)  A copy of that Notice of Removal is appended hereto and served herewith as Exhibit "1".

The filing of such Notice of Removal in the United States District Court, together with the filing of this notice, effects the removal of this action, and this Court may proceed no further with this action.

Respectfully submitted,

*Cynthia Maskol w/p EH*
Cynthia L. Maskol
Wilson Elser Moskowitz & Edelman & Dicker, LLP
500 East Pratt Street - Suite 600
Baltimore, MD 21202
Tel: (410) 539-1800
Fax: (410) 962-8758
Cynthia.Maskol@wilsonelser.com
*Attorneys for Defendant Dutch Village, LLC*

701332v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2017, a true and correct copy of the foregoing Notice of Removal was mailed, first class postage prepaid, to:

Andrew D. Freeman
Jean M. Zachariasiewicz
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland  21202

Jane Santoni
Matthew Tomas Vocci
Chelsea Ortega
Santoni, Vocci & Ortega, LLC
401 Washington Avenue, Suite 200
Towson, Maryland  21204

C. Matthew Hill
Public Justice Center
One North Charles Street, Suite 200
Baltimore, Maryland  21201

*Attorneys for Plaintiffs*

                                             *Cynthia Maskol w/p ETH*
                                             Cynthia L. Maskol