IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TENEA SMITH, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. |
| WESTMINSTER MANAGEMENT, LLC, *et al.* | * | |
| | * | |
| Defendants | * | |
| | * | |

## REMOVAL STATEMENT OF
## DEFENDANT DUTCH VILLAGE, LLC

Defendant Dutch Village, LLC (hereinafter "Defendant"), by its undersigned attorneys and in response to the Court's Standing Order Concerning Removal states as follows:

1. Service of process was accepted on behalf of Defendant Dutch Village, LLC on October 10, 2017. Upon information and belief, the following:

    a. Service of process was accepted on behalf of Defendant Westminster Management, LLC on October 10, 2017.

    b. Service of process was accepted on behalf of Defendant Carroll Park Holdings, LLC on October 9, 2017.

    c. Service of process has not been made on JK2 Westminster, LLC, which is a company that was dissolved in December 2016. JK2 Westminster, by joining the Consent to Removal of this case, has agreed to voluntary consent to service of process concurrent to the filing of this Removal.

2.

701354v.1

3. A. Defendant is a limited liability company registered in the State of Maryland. However, the citizenship of its members is as follows:

Dutch Village Manager, Inc. is a **Delaware corporation**; and

SRH/LA Chesapeake Mezzanine, LLC is a **Delaware company**.[1]

4. Removal occurred within thirty (30) days of service on this Defendant.

5. The state court action being removed to this Court was filed within one year prior to the date of its removal.

6. All Defendants have now been served or have consented to this removal.

Respectfully submitted,

/s/ Cynthia L.Maskol
Cynthia L. Maskol
Bar No. 25390
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
500 East Pratt Street - Suite 600
Baltimore, MD 21202
Tel: (410) 539-1800
Fax: (410) 962-8758
*Attorneys for Defendants*

---

[1] The sole Member of SRH/LA Chesapeake Mezzanine, LLC is SRH/LA Chesapeake Apartments, LLC, which is also a Delaware company with its principal place of business/operations in New York, New York.

701354v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2017, a true and correct copy of the foregoing Removal Statement was mailed, first class postage prepaid, to:

Andrew D. Freeman
Jean M. Zachariasiewicz
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland  21202

Jane Santoni
Matthew Tomas Vocci
Chelsea Ortega
Santoni, Vocci & Ortega, LLC
401 Washington Avenue, Suite 200
Towson, Maryland  21204

C. Matthew Hill
Public Justice Center
One North Charles Street, Suite 200
Baltimore, Maryland  21201
*Attorneys for Plaintiffs*

/s/ Cynthia L.Maskol
Cynthia L. Maskol