IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TENEA SMITH, *et al.*          \*

     Plaintiffs          \*

   v.          \*          Case No.

WESTMINSTER MANAGEMENT, LLC,   \*
*et al.*

                 \*

     Defendants

                 \*

---

## DEFENDANT DUTCH VILLAGE, LLC'S
## LOCAL RULE 103.3 DISCLOSURES

Defendant Dutch Village, LLC, by its undersigned attorneys and pursuant to Local Rule 103.3 states it has two members, each of whom may have a financial interest in the outcome of this litigation:

**Dutch  Village Manager, Inc. (a Delaware Corporation); and**

**SRH/LA Chesapeake Mezzanine, LLC (a Delaware company).**[1]

Otherwise, there is no corporation, unincorporated association, partnership, or other business entity not a party to this litigation believed at this time to have any financial interest (as defined by Local Rule 103.3) in the outcome of this litigation.

Respectfully submitted,

---

[1] The sole Member of SRH/LA Chesapeake Mezzanine, LLC is SRH/LA Chesapeake Apartments, LLC, which is also a Delaware company with its principal place of business/operations in New York, New York.

*/s/ Cynthia L. Maskol*
Cynthia L. Maskol
Bar No. 25390
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
500 East Pratt Street - Suite 600
Baltimore, MD 21202
Tel: (410) 539-1800
Fax: (410) 962-8758
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2017, a true and correct

copy of the foregoing Rule 103.3 Disclosure was mailed, first class postage prepaid, to:

Andrew D. Freeman
Jean M. Zachariasiewicz
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland  21202

Jane Santoni
Matthew Tomas Vocci
Chelsea Ortega
Santoni, Vocci & Ortega, LLC
401 Washington Avenue, Suite 200
Towson, Maryland  21204

C. Matthew Hill
Public Justice Center
One North Charles Street, Suite 200
Baltimore, Maryland  21201
*Attorneys for Plaintiffs*

*/s/ Cynthia L. Maskol*
Cynthia L. Maskol