| | | |
|---|---|---|
| TENAE SMITH, et al., | * | IN THE |
| Plaintiffs, | * | CIRCUIT COURT |
| v. | * | FOR |
| WESTMINSTER MANAGEMENT, LLC, et al., | * | BALTIMORE CITY |
| Defendants. | * | Case No. 24-C-17-004797 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

1. I, Angela R. Lima, am a competent person over 18 years of age and not a party to the above-captioned action.

2. On October 6, 2017, I served by Certified Mail, Return Receipt Requested, two copies of the Writ of Summons to JK2 Westminster, LLC, and two copies of the Class Action Complaint and Demand for Jury Trial in the above-referenced matter to the Maryland Department of Assessments and Taxation, 301 West Preston Street, Room 801, Baltimore, Maryland 21201. A copy of the return receipt is attached hereto as Exhibit A.

3. Substitute service on Maryland Department of Assessments and Taxation is made pursuant to Maryland Rule 2-124(o)(ii) because the corporation's resident agent, National Registered Agents, Inc. of Md., is no longer at the address for service of process maintained with the State Department of Assessments and Taxation.

I declare and affirm under penalty of perjury that the facts set forth herein are true to the best of my knowledge, information and belief.

Date: 10/24/17

Angela R. Lima

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Department of
    Assessments and Taxation
Corporate Charter Division
301 W. Preston St, Room 801
Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Brenda B. Phillips]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Brenda B. Phillips
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

OCT 12 2017

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 0390 0003 0382 7445

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540