IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TENAE SMITH, *et al.*,

    Plaintiffs

v.        CIVIL NO. JKB-17-3282

WESTMINSTER MANAGEMENT, LLC, *et al.*

    Defendants.

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, IT IS HEREBY ORDERED:

1. Defendant Dutch Village, LLC's Notice of Withdrawal of Notice of Removal (ECF No. 48), construed by the Court as a motion to remand, is GRANTED.

2. The Case is REMANDED to the Circuit Court for Baltimore City.

3. The Clerk SHALL CLOSE the case.

4. The Court declines to award attorney's fees pursuant to 28 U.S.C. § 1447(c).

DATED this 13th day of February, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge