**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

Sent To: Clerk's Office
Circuit Court for Baltimore City
Courthouse East
111 N. Calvert Street, Suite 200
Baltimore, MD 21202

2/13/18        JKB-17-3282

7010 0290 0000 2506 2073

PS Form 3800, August 2006        See Reverse for Instructions

CV-0 [margin notation]

UNITED STATES POSTAL SERVICE
MD 212
16 FEB '18
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, U.S. District Court
101 W. Lombard Street
Baltimore, MD 21201

JKB-17-3282

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *William Estep* ☐ Agent ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery<br>2-16-18 |
| 1. Article Addressed to:<br>DELIVERED TO 412E<br>Clerk's Office<br>Circuit Court for Baltimore City<br>Courthouse East<br>111 N. Calvert Street, Suite 200<br>Baltimore, MD 21202 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>*[stamps: CLERK'S OFFICE AT BALTIMORE 2018 FEB 20; FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND]* |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7010 0290 0000 2506 2073 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540