Case 1:17-cv-03282-JKB   Document 54   Filed 03/12/18   Page 1 of 1
Case 1:17-cv-03282-JKB   Document 53   Filed 02/13/18   Page 1 of 1

DOCUMENT RECEIVED

FEB 1 5 2018

CIVIL DIV.
CIRCUIT COURT FOR
BALTIMORE CITY



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

*Reply to Northern Division Address*

February 13, 2018

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR 1 2 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Clerk's Office
Circuit Court for Baltimore City
Courthouse East
111 N. Calvert Street, Suite 200
Baltimore, MD 21202

RE:  Smith et al v. Westminster Management, LLC et al
     Civil Action No. JKB-17-3282
     State Court Case No. 24-C-17-004797 OT

Dear Clerk:

On February 13, 2018, the Honorable James K. Bredar signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By:  _____/s/_____
     B. Hilberg, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _15th_ DAY OF _February_ 2018.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov